

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2019

No. 04-19-00210-CV

**IN RE Justin HALL**

Original Mandamus Proceeding[1]

**ABATEMENT ORDER**

Sitting:         Sandee Bryan Marion, Chief Justice
Luz Elena D. Chapa, Justice
Beth Watkins, Justice

This court abated this cause to allow Judge Veronica Vasquez, as respondent in this original proceeding, to rule *de novo* on Frances A. Hall's "Plea to the Jurisdiction and, In the Alternative, Motion for Traditional Summary Judgment." On June 28, 2019, respondent signed an order stating, in part, that relator's "Motion to Reconsider Prior Judge's Order Granting Frances A. Hall's Plea to the Jurisdiction is DENIED."

Relator's motion for extension of time is GRANTED and relator is ORDERED to file in this court, **no later than July 15, 2019**, either (1) an amended petition and appendix or (2) the appropriate motion to dismiss this mandamus proceeding. If relator does not timely respond, this proceeding will be dismissed for want of prosecution.

It is so **ORDERED** on July 2, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013-PC-3848, styled *In the Estate of Bill Hall, Jr., Deceased*, pending in the Probate Court No 2, Bexar County, Texas. The Honorable Tom Rickhoff signed the order at issue in this proceeding.